IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

TIFFANY A. HALLEY,

      Plaintiff,                         CIVIL ACTION NO. 3:11-cv-332

v.

ST. MARY'S MEDICAL CENTER, INC.

      Defendant.

## PREJUDICIAL DISMISSAL ORDER

The Plaintiff, Tiffany A. Halley, by counsel, Bert Ketchum and Harold L. Kirtley, II, and Defendant, St. Mary's Medical Center, Inc., by counsel, Robert M. Sellards and Randy L. Saunders, hereby appear and announce to the Court that all matters in controversy herein between the parties have been resolved. The parties jointly request that the above-caption action be dismissed with prejudice as to all claims and parties. The Court, having considered the request of counsel, and being otherwise sufficiently advised, **HEREBY DISMISSES** the above-captioned action **WITH PREJUDICE**.

**IT IS, THEREFORE, ADJUDGED AND ORDERED** that this action be **DISMISSED**, with **PREJUDICE**. Each party is to pay their own costs of action

The Clerk is directed to forward attested copies of this Order to the following individuals: (1) Bert Ketchum, Greene Ketchum Bailey Walker Farrell & Tweel, 419 Eleventh Street, PO Box 2389, Huntington, WV 25724; (2) Harold L. Kirtley, II, Stephen M. O'Brien, III, PLLC, 271 W. Short Street, Ste. 200, Lexington, KY 40507; and (3) Robert M. Sellards, Nelson Mullins Riley & Scarborough LLP, 949 Third Avenue, Suite 200, Huntington, WV 25701.

ENTERED: This _22_ day of _April_, 201_3_.

_____
Hon. Judge Chambers
U.S. District Court Judge

Prepared by:

/s/ Robert M. Sellards
Robert M. Sellards, Esquire (WV #9104)
Randy L. Saunders, Esquire (WV #10451)
***NELSON MULLINS RILEY & SCARBOROUGH LLP***
949 Third Avenue, Ste. 200
Huntington, West Virginia 25701
(304) 526-3509
(304) 526-3549 - Facsimile
rob.sellards@nelsonmullins.com
*Counsel for Defendant*
*St. Mary's Medical Center, Inc.*

Approved by:

/s/ Harold L. Kirtley, II *(with permission)*
Bert Ketchum, Esquire
Greene Ketchum Bailey Walker Farrell & Tweel
419 Eleventh Street
PO Box 2389
Huntington, WV 25724

Harold L. Kirtley, II, Esquire
Stephen M. O'Brien, III, PLLC
271 W. Short Street, Ste. 200
Lexington, KY 40507
*Counsel for Plaintiff*

2